**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **IN THE MATTER OF** | § |
| **IMMIGRATION HABEAS CASES** | § |
| **ASSIGNED TO U.S. DISTRICT JUDGE** | § |
| **XAVIER RODRIGUEZ** | § |

## <u>ORDER VACATING ORDER TO FILE OMNIBUS ADVISORY</u>
## <u>AND ORDER FOR *EX PARTE* ADVISORY</u>

On July 7, 2026, the Court issued an Order directing the U.S. Attorney's Office to file an omnibus advisory in certain immigration habeas cases, in light of the Fifth Circuit's Opinion in *Sosnava Rodriguez v. Ortega*, No. 26-50183, 2026 WL 1906557 (July 2, 2026). The Fifth Circuit has now vacated the panel opinion in *Sosnava Rodriguez*. Accordingly, this Court vacates its Order for Omnibus Advisory dated July 7, 2026. No. 26-50183, ECF No. 174-1 (July 10, 2026)

The U.S. Attorney is now directed to submit an advisory only to the Court and need not file that advisory in any case. The advisory shall state:

1. Any cases in Exhibit A in which the Petitioner has been released from detention or removed from the United States, and the case is now moot;

2. All cases in which the Petitioner has been detained under 8 U.S.C. § 1225(b)(2)(A) without an individualized bond hearing for at least 90 days and is not subject to mandatory detention under any other statute (e.g., 8 U.S.C. §§ 1226(c), 1231); and

3. All cases in which the Petitioner has been held for longer than six months and is claiming relief under *Zadvydas v. Davis*, 533 U.S. 678 (2001).

Petitioners are advised that this judge has been assigned approximately 400 habeas petition since January 1, 2026, and the Fifth Circuit has not yet rendered a definitive opinion on the legal issues involved. The Court is processing cases as expeditiously as possible. Petitioners are advised that this judge has been assigned approximately 400 habeas petitions since January 1, 2026, and the Fifth Circuit has not yet rendered a definitive opinion on the legal issues involved. The Court is processing cases as expeditiously as possible. Petitions and their counsel should avoid filing any motions to expedite or the filing of other pleadings that essentially seek faster consideration of their case, these filings merely further delay this Court's work needlessly.

It is so **ORDERED**.

**SIGNED** this 13th day of July, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

1. 1:26-cv-01335-XR, Arreola Herrera v. Vergara et al
2. 1:26-cv-01537-XR, Reyes Blanco v. Vergara et al
3. 1:26-cv-01573-XR, Chi Ricopa v. Ortega et al
4. 1:26-cv-01576-XR, Martinez Lara v. Vergara et al
5. 1:26-cv-01590-XR, Shelton Cervino v. Blanche et al
6. 1:26-cv-01606-XR, Eleria Zaragoza v. Vergara et al
7. 1:26-cv-01614-XR, Duran Camacho v. Ortega et al
8. 1:26-cv-01653-XR, Lopez Balderas v. Collins et al
9. 1:26-cv-01718-XR, Garcia Ovalle v. Vergara et al
10. 1:26-cv-01741-XR, Garcia v. Collins
11. 1:26-cv-01831-XR, Izaguirre-Betanco v. Mullin et al
12. 1:26-cv-01836-XR, Garcia Mendoza v. Vergara et al
13. 1:26-cv-01875-XR, Carapio-Guerra v. Blanche et al
14. 1:26-cv-01896-XR, Lanas Bocanegra v. Mullin et al
15. 5:25-cv-00478-XR, Segid v. U.S. Department of Homeland Security
16. 5:25-cv-01566-XR, Eduardo Xavier Jimbo Mendez v. Warden, South Texas Detention Facility
17. 5:25-cv-01727-XR, Jbala v. Castro et al
18. 5:25-cv-01774-XR, Barreto-Santamaria v. Field Office Director et al
19. 5:26-cv-00377-XR, Hassan Djimo v. ICE
20. 5:26-cv-00392-XR, Elhassan v. Warden, STIPC et al
21. 5:26-cv-00396-XR, Garcia-Delgado v. Thompson
22. 5:26-cv-00482-XR, Alaa-Aldeen v. Bondi et al
23. 5:26-cv-00597-XR, Galvez Castillo v. Bondi et al
24. 5:26-cv-00602-XR, CEBALLOS HERNANDEZ v. Bondi et al
25. 5:26-cv-00620-XR, GHAMOUSHI-RAMANDI v. Thompson et al
26. 5:26-cv-00628-XR, Saavedra-Salazar v. Rodriguez Jr. et al
27. 5:26-cv-00636-XR, RAMOS SANCHEZ v. Vergara et al
28. 5:26-cv-00661-XR, Zhu Aiqing, mother and next friend and on behalf of W.J., a minor v. Facility Director, Compass Connections et al
29. 5:26-cv-00663-XR, Cosmo Da Silva v. Noem et al
30. 5:26-cv-00753-XR, ELHASSAN v. Bondi et al
31. 5:26-cv-00757-XR, Flores Flores v. Homan et al
32. 5:26-cv-00759-XR, Jaimes Moreno v. Rodriguez et al
33. 5:26-cv-00802-XR, Santos-Romero v. Thompson et al
34. 5:26-cv-00832-XR, Sanavria-Serrano v. Bondi et al
35. 5:26-cv-00838-XR, CANO LORA v. Vergara et al
36. 5:26-cv-00880-XR, Canales Melgar v. Department of Homeland Security et al
37. 5:26-cv-00890-XR, Kapil KC v. Warden, South Texas ICE Processing Center
38. 5:26-cv-01006-XR, Ballona Pinera v. Vergara et al
39. 5:26-cv-01014-XR, Nejrabi v. Department of Homeland Security et al
40. 5:26-cv-01015-XR, Nunez Carralero v. Warden, South Texas ICE Processing Center et al
41. 5:26-cv-01020-XR, DA SILVA-DAVANCO v. VERGARA-LOPEZ et al
42. 5:26-cv-01042-XR, WANG v. VERGARA-LOPEZ et al
43. 5:26-cv-01093-XR, Koroma v. The Department of Homeland Sedcurity et al

44.  5:26-cv-01099-XR, Mirzad v. Bondi et al
45.  5:26-cv-01100-XR, Mendez v. McKee
46.  5:26-cv-01166-XR, Barry v. Acting Director of ICE et al
47.  5:26-cv-01191-XR, Gur v. Thompson et al
48.  5:26-cv-01202-XR, Chen v. Castro et al
49.  5:26-cv-01224-XR, Guerrero Orrala v. Warden, South Texas Processing Center et al
50.  5:26-cv-01230-XR, Elien v. Thompson et al
51.  5:26-cv-01235-XR, CHOKORAIA v. NOEM et al
52.  5:26-cv-01239-XR, Campos-Parodi v Ortega et al.
53.  5:26-cv-01259-XR, Sasikumar v. Warden, South Texas ICE Processing Center et al
54.  5:26-cv-01285-XR, Sigala Ramirez v. Mayorkas et al
55.  5:26-cv-01329-XR, CUETARA PEREZ v. VERGARA-LOPEZ et al
56.  5:26-cv-01347-XR, GUERRA ALFARO v. Thompson et al
57.  5:26-cv-01364-XR, Fernandez v. Warden, Karnes County Immigration Processing Center et al
58.  5:26-cv-01370-XR, Mei v. United States Attorney Western District of Texas et al
59.  5:26-cv-01383-XR, Ahmadi v. Noem et al
60.  5:26-cv-01387-XR, Calderin Roca v. Noem et al
61.  5:26-cv-01406-XR, Blanco Valido v. Warden, South Texas ICE Processing Center et al
62.  5:26-cv-01414-XR, Sanchez Ramirez v. Thompson et al
63.  5:26-cv-01417-XR, Acevedo Velez v. Warden, South Texas Detention Complex et al
64.  5:26-cv-01419-XR, RUSHAN v. NOEM et al
65.  5:26-cv-01424-XR, Dong v. U.S. Immigration and Customs Enforcement et al
66.  5:26-cv-01456-XR, Marroquin Castaneda v. DHS et al
67.  5:26-cv-01502-XR, Tress Zanatta v. Warden, South Texas Detention Complex
68.  5:26-cv-01510-XR, Garcia Miranda v. Vergara et al
69.  5:26-cv-01513-XR, Tavares v. VERGARA et al
70.  5:26-cv-01530-XR, Renteria Mejia v. Noem et al
71.  5:26-cv-01538-XR, Zeratsion v. The Department of Homeland Security et al
72.  5:26-cv-01548-XR, Acevedo Velez v. South Texas Detention Complex et al
73.  5:26-cv-01563-XR, Acevedo Velez v. South Texas Detention Facility
74.  5:26-cv-01569-XR, SANCHEZ v. Thompson et al
75.  5:26-cv-01572-XR, Rivera-Cuellar v. Vergara
76.  5:26-cv-01574-XR, Tenezaca Quizhpi v. Bondi et al
77.  5:26-cv-01594-XR, RUIZ CUEVAS v. Warden of the South Texas Detention Center et al
78.  5:26-cv-01622-XR, Romero Rodriguez v. BONDI et al
79.  5:26-cv-01624-XR, ORESTE v. BONDI et al
80.  5:26-cv-01654-XR, Rivero v. U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations (ERO), San Antonio Field Office et al
81.  5:26-cv-01675-XR, Fuentes v. DHS et al
82.  5:26-cv-01695-XR, ESMAEILY v. Vergara et al
83.  5:26-cv-01732-XR, Salinas-Guevara v. BONDI et al
84.  5:26-cv-01734-XR, ROJAS TAMAYO v. VERGARA et al
85.  5:26-cv-01735-XR, Pourali v. Warden et al
86.  5:26-cv-01746-XR, Mendoza Pilarte v. Noem et al
87.  5:26-cv-01776-XR, Gusnay Pasaca v. U.S. Immigration and Customs Enforcement et al

88. 5:26-cv-01801-XR, Torres-Orantes v. Vergara, et al
89. 5:26-cv-01832-XR, Romero Lara v. U.S. Immigration and Customs Enforcement
90. 5:26-cv-01835-XR, Diaz-Soriano v. Karnes County Immigration Processing Center et al
91. 5:26-cv-01845-XR, Aguilar-Quijano v. Bondi, et al.
92. 5:26-cv-01862-XR, Camacho-Cruz v. DHS et al
93. 5:26-cv-01870-XR, Rivera Maldonado v. Mayorkas et al
94. 5:26-cv-01872-XR, Molina Diaz v. Warden, Karnes County Immigration Processing Center et al
95. 5:26-cv-01882-XR, Mosqueda Lumpuy v. United States Attorney Western District of Texas et al
96. 5:26-cv-01884-XR, Laines Ortiz v. NOEM et al
97. 5:26-cv-01902-XR, Romero v. Vergara et al
98. 5:26-cv-01914-XR, Beltran Martinez v. Bondi et al
99. 5:26-cv-01922-XR, Salazar v. Lyons, et al
100. 5:26-cv-01928-XR, Ortega Hernandez v. United States Attorney Western District of Texas et al
101. 5:26-cv-01947-XR, Martinez Adame v. U.S. Immigration and Customs Enforcement et al
102. 5:26-cv-01954-XR, Vidal v. Bondi et al
103. 5:26-cv-01956-XR, Calixte v. U.S Department of Homeland Security et al
104. 5:26-cv-01959-XR, Srimurugananthan v. Bondi et al
105. 5:26-cv-01965-XR, Hernandez Aponte v. Secretary, U.S. Department of Homeland Security
106. 5:26-cv-01974-XR, Nasfi-Barat v. Bondi et al
107. 5:26-cv-01975-XR, Tran v. Bondi et al
108. 5:26-cv-01976-XR, Palles Franco v. Warden, Karnes County Immigration Processing Center
109. 5:26-cv-01983-XR, Diallo v. U.S Department of Homeland Security et al
110. 5:26-cv-01991-XR, Azadmanjiri v. Attorney General of the United States et al
111. 5:26-cv-01993-XR, Turcke Vera v. Mayorkas et al
112. 5:26-cv-02002-XR, T.R. v. Thompson et al
113. 5:26-cv-02006-XR, Rodriguez-Hernandez v. Warden, Karnes County, et al
114. 5:26-cv-02013-XR, Asfour v. Thompson
115. 5:26-cv-02018-XR, Moradi v. Warden, South Texas ICE Processing Center et al
116. 5:26-cv-02032-XR, Abutaima v. U.S Department of Homeland Security et al
117. 5:26-cv-02033-XR, Garaban v. DHS et al
118. 5:26-cv-02052-XR, Vivas Diaz v. Warden, et al
119. 5:26-cv-02057-XR, Adaralegbe v. Warden, South Texas ICE Processing Center et al
120. 5:26-cv-02081-XR, Had v. Noem et al
121. 5:26-cv-02095-XR, Similien v. Bondi, et al.
122. 5:26-cv-02112-XR, Lemus Corrales v. Bondi, et al
123. 5:26-cv-02114-XR, Almajdalawi v. NOEM et al
124. 5:26-cv-02116-XR, Avila Segura v. Thompson, et al.
125. 5:26-cv-02117-XR, Majipo-Pacaya v. BONDI et al
126. 5:26-cv-02129-XR, Talha v. Bondi et al
127. 5:26-cv-02136-XR, Yokarasa v. Bondi et al
128. 5:26-cv-02155-XR, Luna Vazquez v. Mullin, et al.

129.     5:26-cv-02174-XR, Perez Rambaut v. Thompson et al
130.     5:26-cv-02178-XR, Polentino Vanegas v. Warden, Karnes County Immigration Processing Center et al
131.     5:26-cv-02216-XR, Oviedo Gonzalez v. Thompson
132.     5:26-cv-02231-XR, Akbulut v. Warden, Karnes County Immigration Processing Center, et al
133.     5:26-cv-02233-XR, Asad v. Warden et al
134.     5:26-cv-02245-XR, Castillo v. Attorney General of the United States et al
135.     5:26-cv-02258-XR, Reyes Petit v. Mayorkas et al
136.     5:26-cv-02263-XR, MENDEZ HERNANDEZ et al v. MULLIN et al
137.     5:26-cv-02282-XR, Jimenez-Corniele v. U.S Department of Homeland Security et al
138.     5:26-cv-02284-XR, Mohles Hamilton v. U.S Department of Homeland Security et al
139.     5:26-cv-02289-XR, Moura Amaro v. Karnes County Immigration Processing Center et al
140.     5:26-cv-02342-XR, Mejias Solano v. Pamela Bondi Attorney General of the United States In her Official Capacity as U. S. Attorney Genera et al
141.     5:26-cv-02352-XR, Orellana Guzman v. Blanche et al
142.     5:26-cv-02384-XR, Rivas Rojas v. Bondi et al
143.     5:26-cv-02401-XR, Hernandez Murillo v. United States District Court et al
144.     5:26-cv-02407-XR, HERNANDEZ CARBALLO et al v. Blanche et al
145.     5:26-cv-02411-XR, Mora-Patino v. U.S. Attorney General et al
146.     5:26-cv-02442-XR, Avila Prieto et al v. Mullin, et al
147.     5:26-cv-02451-XR, Argueta Alvarado v. Bondi et al
148.     5:26-cv-02467-XR, Farashi v. Warden, South Texas ICE Processing Center
149.     5:26-cv-02469-XR, Valdes-Carreon v. Bondi et al
150.     5:26-cv-02528-XR, Contreras-Chuecos v. U.S Department of Homeland Security et al
151.     5:26-cv-02545-XR, Nezrabi v. Blanche, et al.
152.     5:26-cv-02550-XR, MADUENO FUENMAYOR v. MULLIN, et al
153.     5:26-cv-02553-XR, Ortiz Arellano v. Blanche et al
154.     5:26-cv-02560-XR, Teran Villa v. Blanche et al
155.     5:26-cv-02561-XR, HERNANDEZ TEJEDA v. Blanche et al
156.     5:26-cv-02568-XR, Abdulrahimzai v. U.S. Department of Homeland Security et al
157.     5:26-cv-02601-XR, Aguilar Perdomo v. Warden, South Texas Family Residential Center et al
158.     5:26-cv-02605-XR, Rivera Sabillon v. Attorney General of the United States et al
159.     5:26-cv-02611-XR, Blake-Garcia v. U.S. Department of Justice et al
160.     5:26-cv-02614-XR, Masoud v. Attorney General of the United States et al
161.     5:26-cv-02625-XR, Arbella v. Warden, Dilley Immigration Processing Center et al
162.     5:26-cv-02672-XR, Perez v. Attorney General of the United States et al
163.     5:26-cv-02679-XR, CHI v. VERGARA et al
164.     5:26-cv-02724-XR, Constanza Lara et al v. Blanche et al
165.     5:26-cv-02729-XR, Miyalou Kayankombonieme v. U.S. Department of Homeland Security et al
166.     5:26-cv-02738-XR, Chihab v. Blanche et al
167.     5:26-cv-02775-XR, Arab v. Warden, South Texas Immigration Processing Center et al
168.     5:26-cv-02790-XR, Alcantara De Arno v. Warden, Karnes County Immigration Processing Center et al

169.    5:26-cv-02795-XR, Vallecilla-Rodallega v. U.S. Department of Homeland Security et al
170.    5:26-cv-02806-XR, Hernandez Ramirez v. Warden, South Texas ICE Processing Center et al
171.    5:26-cv-02812-XR, Velazquez Hernandez v. Thompson, et al
172.    5:26-cv-02833-XR, Trejo Gonzalez v. Lyons et.al
173.    5:26-cv-02862-XR, Salazar Lucero v. Mullin et al
174.    5:26-cv-02864-XR, Fuentes v. Warden, South Texas ICE Processing Center et al
175.    5:26-cv-02865-XR, Vargas Cabrera v. Warden, South Texas Immigration Processing Center et al
176.    5:26-cv-02873-XR, Tayo v. Attorney General of the United States et al
177.    5:26-cv-02891-XR, Mondragon Luna v. Lyons, Acting Director of Immigration and Customs Enforcement et al
178.    5:26-cv-02916-XR, Senan Gil v. Warden, Karnes County Immigration Processing Cente et al
179.    5:26-cv-02923-XR, Mondragon Sanchez v. Lyons, Acting Director of Immigration and Customs Enforcement et al
180.    5:26-cv-02952-XR, Cabrera Melendez v. Mullin, et al
181.    5:26-cv-02964-XR, Ebadi v. Warden of South Texas Detention Facility
182.    5:26-cv-02974-XR, Moreno-Ramos v. Thompson, et al
183.    5:26-cv-02990-XR, Luna v. U.S Department of Homeland Security et al
184.    5:26-cv-02994-XR, Ponce Quinones v. Warden, Karnes County Immigration Processing Center et al
185.    5:26-cv-02995-XR, Semedov v. Blanche et al
186.    5:26-cv-02996-XR, Franco-Matamoros v. Warden, Dilley Immigration Processing Center et al
187.    5:26-cv-03001-XR, Teotonio-Aguiiar v. Warden, Dilley Immigration Processing Center et al
188.    5:26-cv-03003-XR, Ramirez Veranes v. Attorney General of the United States et al
189.    5:26-cv-03009-XR, Akinwale Olohun v. Warden, South Texas ICE Processing Center et al
190.    5:26-cv-03016-XR, Castro Avila v. Blanche et al
191.    5:26-cv-03034-XR, Renteria Torres v. United States Attonrey, Western District of Texas et al
192.    5:26-cv-03036-XR, Perez Arreguin v. Attorney General of the United States et al
193.    5:26-cv-03055-XR, Mezquita v. Warden, Karnes County Immigration Processing Center et al
194.    5:26-cv-03065-XR, Kelvin v. Warden of South Texas Detention Center Complex, et al
195.    5:26-cv-03066-XR, Tahmasebi v. Mullin, et al
196.    5:26-cv-03074-XR, Garcia Jasso v. Dilley Immigration Processing Center et al
197.    5:26-cv-03080-XR, Alvarez-Lemus v. Attorney General of the United States et al
198.    5:26-cv-03082-XR, De Leon Reyes v. Thompson et al
199.    5:26-cv-03084-XR, Perez Hernandez v. Mullin et al
200.    5:26-cv-03100-XR, Estrada Pedroza v. Rodriguez Jr. et al
201.    5:26-cv-03102-XR, Arjona Alarcon v. South Texas ICE Processing Center
202.    5:26-cv-03142-XR, Rosales Guerra v. Blanche et al
203.    5:26-cv-03159-XR, Flores Velasquez v. Warden, Karnes County Residential Center et al

204. 5:26-cv-03166-XR, Bah v. U.S. Department of Homeland Security et al
205. 5:26-cv-03170-XR, Martinez Gonzalez v. DHS et al
206. 5:26-cv-03192-XR, Hidalgo v. Warden, Karnes County Immigration Processing Center et al
207. 5:26-cv-03225-XR, Duenas v. Attorney General of the United States et al
208. 5:26-cv-03241-XR, Zhan v. Warden South Texas ICE Processing Center et al
209. 5:26-cv-03244-XR, Chavez Pezo v. South Texas Detention Facility
210. 5:26-cv-03246-XR, Garcia Aguilar v. Vergara et al
211. 5:26-cv-03251-XR, Ochoa Centeno v. U.S Department of Homeland Security et al
212. 5:26-cv-03256-XR, Alvarez v. U.S. Immigration and Customs Enforcement et al
213. 5:26-cv-03266-XR, Carvajal Yulden v. Lyons et al
214. 5:26-cv-03276-XR, Orellana Osorio v. Mullin et al
215. 5:26-cv-03304-XR, Avila Espinoza v. U.S. Immigration and Customs Enforcement et al
216. 5:26-cv-03310-XR, Franco Diaz v. Blanche et al
217. 5:26-cv-03313-XR, Gutierrez Sagastume v. Warden, South Texas Immigration Processing Center et al
218. 5:26-cv-03323-XR, Pal v. Warden of the Karnes County Immigration Processing Center et al
219. 5:26-cv-03336-XR, Pina-Espinosa v. Thompson et al
220. 5:26-cv-03350-XR, Varela Quiroz v. Blanche et al
221. 5:26-cv-03366-XR, Reyes Gomez v. Department of Homeland Security et al
222. 5:26-cv-03376-XR, Ramirez Romero v. Warden, South Texas ICE Processing Center et al
223. 5:26-cv-03392-XR, Chavarria Maldonado v. Mullin et al
224. 5:26-cv-03402-XR, Da Silva Gomez v. Mullin et al
225. 5:26-cv-03416-XR, Zuvieta Arvisu v. Vergara et al
226. 5:26-cv-03447-XR, Esquivel v. U.S. Department of Homeland Security et al
227. 5:26-cv-03452-XR, Rosenje v. Warden, South Texas ICE Processing Center et al
228. 5:26-cv-03454-XR, Lopez Rivas v. U.S. Immigration and Customs Enforcement et al
229. 5:26-cv-03464-XR, Lagos Hernandez v. Vergara et al
230. 5:26-cv-03477-XR, Pavon-Torres v. Warden, South Texas Immigration Processing Center et al
231. 5:26-cv-03483-XR, Ruan v. Vergara et al
232. 5:26-cv-03486-XR, Palacio v. Blanche et al
233. 5:26-cv-03493-XR, Ramos Baguide v. Warden, South Texas Immigration Processing Center et al
234. 5:26-cv-03497-XR, Sepehri-Hassanzadeh v. U.S. Department of Homeland Security et al
235. 5:26-cv-03512-XR, Medina Aguino v. U.S. Immigration and Customs Enforcement et al
236. 5:26-cv-03514-XR, Mejia Guardado v. Mullin et al
237. 5:26-cv-03521-XR, Hassan v. Venturella et al
238. 5:26-cv-03524-XR, ALMEIDA TASE v. WARDEN OF SOUTH TEXAS DETENTION FACILITY et al
239. 5:26-cv-03526-XR, Arreola Orozco v. Blanche et al
240. 5:26-cv-03531-XR, Perez-De Paz v. Vergara et al
241. 5:26-cv-03540-XR, Bah v. Blanche et al
242. 5:26-cv-03546-XR, Andino v. Attorney General of the United States et al

243.   5:26-cv-03548-XR, Ruiz-Garcia v. Attorney General of the United States et al
244.   5:26-cv-03550-XR, Chavez Moreno v. Attorney General of the United States et al
245.   5:26-cv-03561-XR, Amin v. U.S. Department of Homeland Security et al
246.   5:26-cv-03564-XR, Martin Garcia v. U.S. Immigration and Customs Enforcement et al
247.   5:26-cv-03569-XR, Figueroa v. U.S. Immigration and Customs Enforcement et al
248.   5:26-cv-03574-XR, Abdyldaev v. Thompson et al
249.   5:26-cv-03578-XR, Espino Hernandez v. U.S. Immigration and Customs Enforcement et al
250.   5:26-cv-03580-XR, Perez Maldonado v. MULLIN et al
251.   5:26-cv-03588-XR, Chunzho Canar v. Attorney General of the United States et al
252.   5:26-cv-03591-XR, Santivanez v. Warden, South Texas Immigration Processing Center et al
253.   5:26-cv-03604-XR, Rincon Mendoza v. BLANCHE et al
254.   5:26-cv-03609-XR, Juan Carlos v. Attorney General of the United States et al
255.   5:26-cv-03610-XR, Rivas Sanchez v. Attorney General of the United States et al
256.   5:26-cv-03611-XR, Gonzalez Munoz v. Warden et al
257.   5:26-cv-03614-XR, PADRON-LOPEZ v. Mullin et al
258.   5:26-cv-03622-XR, Karimov v. Warden et al
259.   5:26-cv-03623-XR, Lugo Parra v. Facility Warden et al
260.   5:26-cv-03625-XR, Linares Flores v. Mullin et al
261.   5:26-cv-03629-XR, Lainez Zelaya v. U.S. Immigration and Customs Enforcement et al
262.   5:26-cv-03632-XR, Sanchez Mendez v. Mayorkas et al
263.   5:26-cv-03633-XR, Carreno La Cruz v. Vergara et al
264.   5:26-cv-03646-XR, Gutierrez-Orellana v. Blanche et al
265.   5:26-cv-03664-XR, Fermin Cairo v. Vergara et al
266.   5:26-cv-03672-XR, Moreno Fuentes v. U.S. Department of Homeland Security et al
267.   5:26-cv-03673-XR, Espinoza Armendariz v. Warden, South Texas Immigration Processing Center et al
268.   5:26-cv-03676-XR, Posada Lugo v. Mullin et al
269.   5:26-cv-03691-XR, Dominquez-Velasquez v. Attorney General et al
270.   5:26-cv-03699-XR, Aguirre-Bueno v. Blanche et al
271.   5:26-cv-03703-XR, Cruz Morales v. BLANCHE et al
272.   5:26-cv-03712-XR, Loaiza-Perez v. South Texas Immigration Processing Center et al
273.   5:26-cv-03713-XR, Ordonez v. Warden, South Texas Immigration Processing Center et al
274.   5:26-cv-03714-XR, Herrera-Gutierrez v. Warden, La Salle County Regional Detention Center et al
275.   5:26-cv-03724-XR, Cabrera-Hernandez v. Thompson et al
276.   5:26-cv-03731-XR, Posada Lugo v. Warden
277.   5:26-cv-03738-XR, Alvarez-Castillo v. Attorney General of the United States et al
278.   5:26-cv-03740-XR, Vazquez-Cobas v. Mullin et al
279.   5:26-cv-03750-XR, VILLAFUERTE ACOSTA v. LYONS et al
280.   5:26-cv-03756-XR, Pacheco Ramos v. Blanche et al
281.   5:26-cv-03766-XR, Garcia Rodriguez v. Lyons et al
282.   5:26-cv-03768-XR, Hua Cao v. U.S. Immigration and Customs Enforcement et al
283.   5:26-cv-03775-XR, Ramirez Calderon v. Lyons et al

284. 5:26-cv-03785-XR, Rodriguez Velandia v. Vergara, et al.
285. 5:26-cv-03790-XR, Cordero v. Lyons et al
286. 5:26-cv-03793-XR, Mairena v. Karnes County Immigration Processing Center et al
287. 5:26-cv-03810-XR, GONZALEZ YANEZ v. ORTEGA et al
288. 5:26-cv-03816-XR, Fleurimond v. Warde, South Texas Ice Processing Center et al
289. 5:26-cv-03823-XR, Gonzales Rivera v. Lyons et al
290. 5:26-cv-03825-XR, Uranga Iriarte v. U.S. Immigration and Customs Enforcement et al
291. 5:26-cv-03828-XR, Kumar v. U.S. Immigration and Customs Enforcement et al
292. 5:26-cv-03829-XR, Saavedra Torres v. Lyons et al
293. 5:26-cv-03831-XR, Arias Figueredo v. Vergara et al
294. 5:26-cv-03835-XR, Carroz Moran v. Vergara et al
295. 5:26-cv-03836-XR, ROIG-Moncada v. South Texas Ice Processing Center et al
296. 5:26-cv-03851-XR, Garcia Alejandre v. MULLIN, et al
297. 5:26-cv-03862-XR, ORELLANA DIAZ v. MULLIN, et al
298. 5:26-cv-03877-XR, Mendoza Vollecillo v. U.S. Department of Homeland Security et al
299. 5:26-cv-03887-XR, Quintero Rodriguez v. Attorney General of the United States et al
300. 5:26-cv-03892-XR, De La Fuente Martinez v. Mullin et al
301. 5:26-cv-03918-XR, Herrera-Lopez v. Mulling et al
302. 5:26-cv-03932-XR, Cortez-Chacon v. Warden of the Karnes County Immigration Processing Center, et al
303. 5:26-cv-03934-XR, Munoz Gomez v. Karnes County Immigration Processing Center et al
304. 5:26-cv-03936-XR, Blanco Guevara v. Karnes County Immigration Processing Center et al
305. 5:26-cv-03938-XR, VAZQUEZ LOPEZ v. ORTEGA et al
306. 5:26-cv-03941-XR, Zamora-Arau v. Attorney General et al
307. 5:26-cv-03947-XR, Zepeda v. U.S. Department of Homeland Security et al
308. 5:26-cv-03955-XR, Canales-Sosa v. Warden of South Texas ICE Processing Center, et al.
309. 5:26-cv-03964-XR, Zaleta Ramirez v. Blanche et al
310. 5:26-cv-03968-XR, Carranza Sanchez v. Vergara et al
311. 5:26-cv-03974-XR, Pacheco Manueles v. Blanche et al
312. 5:26-cv-03977-XR, Xiuyu v. Vergara et al
313. 5:26-cv-03980-XR, Gallardo Duarte v. Vergara et al
314. 5:26-cv-03986-XR, Alvarez Barrera v. Warden of Karnes County Immigration Processing Center et al
315. 5:26-cv-03989-XR, Gonzalez Araujo v. Warden, Karnes County Immigration Processing Center et al
316. 5:26-cv-04009-XR, Rodriguez-Rodriguez v. Blanche et al
317. 5:26-cv-04018-XR, Machado Centeno v. Vergara et al
318. 5:26-cv-04019-XR, Nava Pineda v. Vergara et al
319. 5:26-cv-04021-XR, Suarez Hernandez v. Blanche et al
320. 5:26-cv-04029-XR, Renteria Cardenas v. Attorney General et al
321. 5:26-cv-04033-XR, Corea-Martinez v. Dtor of the South Texas ICE Processing Center et al
322. 5:26-cv-04035-XR, Jin v. Rodriguez, et al.

323.  5:26-cv-04037-XR, Cortes Suarez v. Mullin et al
324.  5:26-cv-04040-XR, ABREGO CANTARERO v. BLANCHE et al
325.  5:26-cv-04044-XR, Alvaro Paquiul Coy v. Ortega et al
326.  5:26-cv-04047-XR, Andrade-Resendiz v. Blanche et al
327.  5:26-cv-04059-XR, JAIMES-PEREZ v. ORTEGA et al
328.  5:26-cv-04069-XR, Rios-Sanchez v. U.S. Immigration and Customs Enforcement et al
329.  5:26-cv-04071-XR, Gahatraj v. Blanche et al
330.  5:26-cv-04074-XR, Figueredo-Carrasco v. Attorney General of the United States et al
331.  5:26-cv-04080-XR, Calderon Hernandez v. Warden, Karnes County Immigration Processing Center et al
332.  5:26-cv-04082-XR, Soto-Reza v. Mullin, et al
333.  5:26-cv-04087-XR, Lopez Lopez v. Facility Warden et al
334.  5:26-cv-04092-XR, Perales Chapa v. Bondi et al
335.  5:26-cv-04093-XR, Armas Gutierrez v. Mullin et al
336.  5:26-cv-04094-XR, Meza Rodriguez v. Bondi et al
337.  5:26-cv-04105-XR, Vazquez de Vielma v. Director, Dilley Immigration Processing Center et al
338.  5:26-cv-04109-XR, VELASQUEZ-AMAYA v. BLANCHE et al
339.  5:26-cv-04116-XR, Luma v. Blanche, et al
340.  5:26-cv-04120-XR, Cermeno y Cermeno v. MULLIN et al
341.  5:26-cv-04125-XR, Salinas Castillo v. Warden, et al.
342.  5:26-cv-04126-XR, Sotelo Soto v. Warden, et al.
343.  5:26-cv-04141-XR, Ariza Martinez v. Blanche, et al
344.  5:26-cv-04142-XR, Medina Sierra v. Department of Homeland Security et al
345.  5:26-cv-04148-XR, Abreu v. South Texas ICE Processing Center et al
346.  5:26-cv-04151-XR, Chavez Badillo v. Vergara et al
347.  5:26-cv-04152-XR, Garcia Zamora v. Mullin, et al
348.  5:26-cv-04167-XR, Guevara Gonzalez v. Blanche et al
349.  5:26-cv-04171-XR, Arzik v. Warden of the Karnes County Immigration Processing Center et al
350.  5:26-cv-04181-XR, Escatel Cordero v. Mullin, et al
351.  5:26-cv-04193-XR, Villalobos Guevara v. Karnes County Immigration Processing Center
352.  5:26-cv-04196-XR, KC v. Thompson, et al.
353.  5:26-cv-04203-XR, Santana Martinez v. Warden et al
354.  5:26-cv-04205-XR, Otero-Martinez v. Blanche, et al.
355.  5:26-cv-04210-XR, Gutierrez-Lozada v. Warden, South Texas Immigration Processing Center et al
356.  5:26-cv-04213-XR, Ramirez Hernandez v. U.S. Immigration and Customs Enforcement et al
357.  5:26-cv-04214-XR, Trochez Orellana v. Warden, South Texas Immigration Processing Center et al
358.  5:26-cv-04217-XR, ZAMORA MATOS v. MULLIN et al
359.  5:26-cv-04223-XR, Silva-Quintero v. Attorney General of the United States et al
360.  5:26-cv-04224-XR, Garcia v. Attorney General of the United States et al
361.  5:26-cv-04225-XR, Dominguez v. U.S. Immigration and Customs Enforcement et al
362.  5:26-cv-04230-XR, HERNANDEZ HERNANDEZ v. Thompson et al

363.  5:26-cv-04231-XR, Cajero Lucas v. Venturella et al
364.  5:26-cv-04235-XR, Milian Garcia v. Vergara, et al.
365.  5:26-cv-04242-XR, Aranguren Palma v. Warden, South Texas Immigration Processing Center et al
366.  5:26-cv-04246-XR, Ic-Cholon v. Blanche et al
367.  5:26-cv-04251-XR, Perez Martinez v. U.S. Department of Homeland Security et al
368.  5:26-cv-04253-XR, Moya-Agreda v. Warden, Karnes County Immigration Processing Center et al
369.  5:26-cv-04256-XR, Llaves Merentes v. Field Office Director, U.S. Immigration and Customs Enforcement and Removal Operation et al
370.  5:26-cv-04263-XR, De La Hoz Garcia v. Warden, Karnes County Immigration Processing Center et al
371.  5:26-cv-04270-XR, Malave Casares v. U.S Department of Homeland Security et al
372.  5:26-cv-04276-XR, Aviles-Villegas v. Blanche, et al
373.  5:26-cv-04279-XR, Maldonado v. Warden, Karnes County Immigration Processing Center et al
374.  5:26-cv-04284-XR, Portales-Inestroza v. Blanche et al
375.  5:26-cv-04303-XR, Velasquez Lopez v. Venturella et al
376.  5:26-cv-04309-XR, Gonzalez-Munoz v. Attorney General of the United States et al
377.  5:26-cv-04311-XR, Asongafac Cyril v. Warden, South Texas ICE Processing Center
378.  5:26-cv-04318-XR, Mondragon Santos v. Attorney General of the United States et al
379.  5:26-cv-04326-XR, Ayala Arellano v. Vergara, et al.
380.  5:26-cv-04328-XR, Almazan Pascual v. U.S. Department of Homeland Security et al
381.  5:26-cv-04330-XR, Villasmil Montero v. U.S. Department of Homeland Security et al
382.  5:26-cv-04344-XR, Ibarra Zamora v. Vergara et al
383.  5:26-cv-04348-XR, Aquino Flores v. Vergara et al
384.  5:26-cv-04350-XR, Salinas Cruz v. Vergara et al
385.  5:26-cv-04353-XR, MANCHA AVILA v. ORTEGA et al